UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
G.I. HOME DEVELOPING CORP.,

                              Plaintiff,          **ORDER**
                                                    CV 07-4115 (DRH) (ARL)

     -against-

TOWN OF BROOKHAVEN, et al.,

                              Defendants.
--------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      The parties have submitted their proposed Joint Pretrial Order. After examination of the order, the court finds that it substantially complies with District Judge Hurley's requirements.

      Accordingly, the Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and trial calendar of District Judge Hurley.

Dated:  Central Islip, New York            **SO ORDERED:**
         November 3, 2010

                                                    _____/s/_____
                                                    ARLENE R. LINDSAY
                                                   United States Magistrate Judge